NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6378
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00220-KJD-BNW |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| CIPRIANO SOSA-PEREZ,<br>    aka  SIPRIANO SOSA-PEREZ,<br>    aka  FELIX PEREZ,<br>    aka  FELIX ALMEIDA-SOSA,<br>    aka  ARTURO CIPRIANO-SOSA,<br>    aka  ARTURO SOSA-PEREZ, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about June 12, 2020, a Complaint was filed with the Court, charging Mr. Sosa-Perez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00487-NJK.

2. Mr. Sosa-Perez made an initial appearance before the Court on or about July 14, 2020, and was ordered detained pending trial. *Id*. at ECF Nos. 4, 12. Mr. Sosa-Perez remains detained by the U.S. Marshals Service.

3. Mr. Sosa-Perez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for October 27, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 13th day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*//s//*
_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00220-KJD-BNW |
| Plaintiff, | **Order Unsealing Case** |
| v. | (Proposed) |
| CIPRIANO SOSA-PEREZ,<br>   aka  SIPRIANO SOSA-PEREZ,<br>   aka  FELIX PEREZ,<br>   aka  FELIX ALMEIDA-SOSA,<br>   aka  ARTURO CIPRIANO-SOSA,<br>   aka  ARTURO SOSA-PEREZ, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Cipriano Sosa-Perez,* is unsealed.

**IT IS SO ORDERED**

**DATED:** 2:25 pm, October 16, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**